Paul Swen Prior, Esq.
Nevada Bar No. 9234
Sarah A. Mead, Esq.
Nevada Bar No. 13725
SNELL & WILMER L.L.P.
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89109
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendant
Communities in Schools of Nevada, Inc.



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RITA COLON, an individual,

    Plaintiff,

vs.

COMMUNITIES IN SCHOOLS OF NEVADA, INC., a Domestic Corporation; DOES 1 through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,

    Defendant.

Case No. 2:15-cv-00626-JCM-CWH

**DEFENDANT COMMUNITIES IN SCHOOLS OF NEVADA, INC.'S REQUEST FOR TELEPHONIC APPEARANCE BY OUT-OF-STATE INSURANCE REPRESENTATIVE ATTENDANCE AT ENE SESSION**

## REQUEST FOR TELEPHONIC ATTENDANCE AT ENE SESSION

Defendant Communities in Schools of Nevada, Inc. ("CIS"), by and through its attorneys, Snell & Wilmer L.L.P., hereby requests that its insurance company be allowed appear telephonically at the ENE conference currently scheduled to commence at 10:00 a.m. on June 3, 2015.

Lead trial counsel for CIS and a corporate representative with binding authority to settle this matter up to the full amount of the claim will be present during the duration of the ENE session. This case is being handled by Snell & Wilmer L.L.P. through its pro bono program and a CIS representative will have the necessary authority to settle this matter; therefore, it is anticipated that the primary settlement authority will be from CIS. Nevertheless, CIS is subject to

coverage by an insurance carrier. Accordingly, CIS hereby requests that the insurance adjuster primarily responsible for the claims in this matter be allowed to appear telephonically for the duration of the ENE session for any unanticipated matters that may require his attention or approval.

Dated: May 21, 2015

SNELL & WILMER L.L.P.

By: /s/ Paul Swen Prior
Paul Swen Prior, Esq.
Nevada Bar No. 9324
Sarah A. Mead, Esq.
Nevada Bar No. 13725
SNELL & WILMER L.L.P.
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89109
Telephone: (702) 784-5200

IT IS SO ORDERED
May 26, 2015

CAM FERENBACH