Paul Swen Prior, Esq.
Nevada Bar No. 9234
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

Attorneys for Defendant Communities in Schools of Nevada, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITA COLON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COMMUNITIES IN SCHOOLS OF NEVADA, INC., a Domestic Corporation; DOES 1 through X inclusive, and ROES CORPORATIONS XI through XX, inclusive.,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-00626-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS Plaintiff Rita Colon ("Plaintiff") and Defendant Communities in Schools of Nevada, Inc. ("Defendant") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between Plaintiff and Defendant in the above-captioned matter;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Rita Colon and Defendant Communities in Schools of Nevada, Inc., by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

///

///

///

///

1 Civil Procedure, the above-captioned matter is hereby dismissed with prejudice, with each party
2 bearing their own attorney's fees and costs incurred herein.
3 RESPECTFULLY SUBMITTED.

Dated: September 3, 2015

SNELL & WILMER L.L.P.

By: */s/ Paul Swen Prior*
    Paul Swen Prior, Esq.
    Nevada Bar No. 9234
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Communities in Schools of Nevada, Inc.*

Dated: September 3, 2015

SCHUETZE & McGAHA, P.C.

By: */s/ Joshua Santeramo*
    William W. McGaha, Esq.
    Nevada Bar No. 3234
    Joshua Santeramo, Esq.
    Nevada Bar No. 12086
    601 S. Rancho Drive, Suite C-20
    Las Vegas, Nevada 89106
    *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: September 8, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing: **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| __X__ | Electronic Service CM/ECF |

and addressed to the following:

William W. McGaha, Esq.
Joshua Santeramo, Esq.
SCHUETZE & McGAHA, P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorneys for Plaintiff

DATED this 3rd day of September, 2015.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

22492159

- 3 -